IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF A          §
PETITION FOR A WRIT OF      §   No. 285, 2024
MANDAMUS BY                 §
JOHNATHAN ROBINS            §
                            §

Submitted:  September 24, 2024
Decided:    October 11, 2024

## ORDER

On August 29, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the petitioner, Johnathan Robins, to show cause why this petition should not be dismissed for Robins' failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. Robins received the notice, as evidenced by the return receipt filed with the Court on September 13, 2024. A timely response to the notice to show cause was due on or before September 23, 2024. To date, Robins has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the petition be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice